AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### DISTRICT OF

CAROLINE DACOSTA, as Personal
Representative and Administratrix for
the Estate of JOSE L. DACOSTA, JR.

**SUMMONS IN A CIVIL CASE**

**V.**

CPR Fishing, Inc.

CASE NUMBER:

## 04 CV 12059 JLT

TO: (Name and address of defendant)

CPR Fishing, Inc.
336 Main Street
Wakefield, RI   02879

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Hunt, Esq.
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA   02740

an answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE     9-24-04

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10-12-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert J. Kilduff | Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☑ Other (specify): X Renn Glenn, authorized by CPR Fishing Inc. to accept service     To An Agent Authorized by
to Renn Glenn     Appointment or by law
to Accept service of process

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.00 | $40.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/12/04 at 2:29 PM
                Date

Signature of Server

16 Cornell Ave
Address of Server

Rumford, R.I. 02916

_____

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.