JRO:CLI:mm  37166  pleadings/37166stip

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLINE DACOSTA, as Personal Representative and Administratrix for the Estate of JOSE L. DACOSTA, JR. | : <br> : <br> : <br> : |
| Plaintiff, | :    Civil Action No.: 04cv12059 JLT |
| VS. | : <br> : |
| CPR FISHING, INC., | : <br> : |
| Defendant. | : |

## STIPULATION

The defendant, CPR Fishing, Inc., may have up to and including November 11, 2204 within which to answer, plead or otherwise respond to plaintiff's complaint.

_____
Thomas J. Hunt, Esq.  BBO# 244680
**Attorney for the plaintiff**
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 02740
PHONE: (508) 994-7300
FAX: (508) 984-0755

_____
J. Renn Olenn, Esq.  BBO# 642090
**Attorney for the defendant**
OLENN & PENZA, LLP
530 Greenwich Ave.
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATED: __11/5/04__