

# OLENN & PENZA

ATTORNEYS AT LAW - LLP

December 27, 2004

Zita Lovett, Deputy Clerk
Clerk's Office
United States District Court for
the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

RE:  Caroline Dacosta v. CPR Fishing, Inc.
     C.A. No. 04-12059- JLT
     Our File No. 37166

Dear Ms. Lovett:

This letter is to confirm that, pursuant to our request, the scheduling conference regarding the above-entitled matter which was scheduled for January 5, 2005, has been continued to February 17, 2005, at 10:00 a.m. In addition, the parties are to comply with the discovery order on or before February 7, 2005. The purpose for the continuance was due to the fact that Attorney J. Renn Olenn is on vacation out of the state through January 24th. Thank you for your cooperation in this matter.

Very truly yours,

Cherie L. Iacono,
Legal Assistant
Cli@olenn-penza.com

CLI:cli:ci/letters/37166lovett.wpd

cc:   Thomas J. Hunt, Esquire *(via fax & regular mail)*

530 GREENWICH AVE    WARWICK, RI  02886    PHONE (401) 737-3700    FAX (401) 737-5499    WWW.OLENN-PENZA.COM