# OP
## OLENN & PENZA
ATTORNEYS AT LAW - LLP

February 16, 2005

FILED
CLERKS OFFICE

2005 FEB 18 P 1:01

U.S. DISTRICT COURT
DISTRICT OF MASS.

Zita Lovett, Deputy Clerk
Clerk's Office
United States District Court for
the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

RE:  Caroline Dacosta v. CPR Fishing, Inc.
     C.A. No. 04-12059- JLT
     Our File No. 37166

Dear Ms. Lovett:

This letter is to confirm that, pursuant to our request, the scheduling conference regarding the above-entitled matter which was scheduled for February 17, 2005, at 10:00 a.m. has been continued to February 23, 2005, at 10:00 a.m. The purpose for the continuance was due to the fact that Attorney J. Renn Olenn has recently been notified that his appearance is necessary in the Rhode Island Supreme Court on February 17th at 9:30 a.m. Thank you for your cooperation in this matter.

Very truly yours,

Cherie L. Iacono,
Legal Assistant
Cli@olenn-penza.com

CLI:cli:ci/letters/37166lovett1.wpd

cc:   Thomas J. Hunt, Esquire *(via facsimile)*