UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLINE DACOSTA, as Personal         *
Representative and Administratrix for  *
the Estate of JOSE L. DACOSTA, JR.,    *
                                       *
    Plaintiff,                         *
                                       *
v.                                     *   Civil Action No. 04-12059-JLT
                                       *
CPR FISHING, INC.,                     *
                                       *
    Defendant.                         *

ORDER

February 23, 2005

TAURO, J.

After the Scheduling Conference held on February 23, 2005, this court hereby orders that:

1. At the request of the Parties, the above-captioned case is consolidated with Civil Action No. 04-12057-NG, and all future filings must be identified as Civil Action No. 04-12059-JLT;

2. Plaintiff may depose Capt. John Weckesser;

3. Defendant may depose: (1) Caroline DaCosta; (2) Plaintiff's marine expert; and (3) Plaintiff's economic expert, yet to be designated;

4. The parties shall complete all discovery by June 30, 2005;

5. No further discovery will be permitted without leave of this court; and

6. A Further Conference is scheduled for July 11, 2005 at 10:00 a.m.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
      United States District Judge