JRO:MKD:ljc 37169 \pleading\37169EntryOfApp

FILED
IN CLERKS OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

2005 MAR 11  P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| CAROLINE DACOSTA, as Personal Representative and Administratrix for the Estate of JOSE L. DACOSTA, JR. | : | |
| VS. | : | C. A. NO. 04cv12059 JLT |
| CPR FISHING, INC. | : | |
| | | |
| PEARL BEAUVAIS, as Personal Representative and Administratrix for the Estate of JOHN BEAUVAIS | : | |
| VS. | : | C.A. NO. 04-12057 NG |
| CPR FISHING, INC. | : | |

### ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant, CPR Fishing, Inc. in the above captioned matters.

DEFENDANT,
By its Attorney,

*[signature]*

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on  3.9.05  to:

Thomas J. Hunt, Esq.
18 North Water Street
New Bedford, MA 02740

_____