JRO:ALH 37166 pleadings/37166stip

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLINE DACOSTA, as Personal
Representative and Administratrix for the
Estate of JOSE L. DACOSTA, JR.

        Plaintiff,

VS.

CPR FISHING, INC.,

        Defendant.

Civil Action No.: 04cv12059 JLT

## STIPULATION

The defendant, CPR Fishing, Inc., may have up to and including April 6, 2005 within which to answer, plead or otherwise respond to plaintiff's Request for Production and Interrogatories.

_____
Thomas J. Hunt, Esq. BBO# 244680
**Attorney for the plaintiff**
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 02740
PHONE: (508) 994-7300
FAX: (508) 984-0755

_____
J. Renn Olenn, Esq. BBO# 642090
**Attorney for the defendant**
OLENN & PENZA, LLP
530 Greenwich Ave.
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATED: March 24, 2005