LAW OFFICES
# THOMAS J. HUNT & ASSOCIATES
COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY

(508) 994-7300                    18 NORTH WATER STREET                    (800) 441-4018
(617) 227-8081                    NEW BEDFORD, MA 02740                    (508) 984-0755 FAX

Via fax to 617-748-9096

May 3, 2005

Ms. Zita Lovett
Courtroom Clerk
Hon. Joseph L. Tauro
1 Courthouse Way
Boston, MA 02210

      Re:    Beauvais v. CPR Fishing, Inc.
           Docket No.:   04 CV 12059

Dear Ms. Lovett:

      Please allow this to confirm the telephone voice mail message I left you earlier today regarding a settlement conference for the above referenced matter.   As we did not receive a confirmation that it was scheduled for a particular day, we called a couple of weeks ago at a time when you were unavailable and spoke with Ms. Kim Abid.  At that time, she scheduled and confirmed a settlement conference for May 16, 2005, at 10:30 a.m.

      We received an electronic transmission this morning that discussed changing the date from May 4, 2005, to May 12, 2005.  As counsel for both sides are not available on May 12, 2005, and have arranged their schedules to be available on May 16, 2005, both sides wish to keep the May 16, 2005, date for the conference.

      As you may recall, the above referenced matter is consolidated with the case of DaCosta v. CPR Fishing, Inc., however the settlement conference is only pertaining to plaintiff Beauvais' case.  We apologize for any miscommunications or misunderstandings regarding this conference. Could you please confirm with us that the conference is in fact still scheduled for May 16, 2005, at 10:30 a.m.  Thank you for your assistance with this matter.

Very truly yours,

Frank S. Gattuso

cc:    J. Renn Olenn, Esq.