LAW OFFICES
# THOMAS J. HUNT & ASSOCIATES
COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY

(508) 994-7300
(617) 227-8081

18 NORTH WATER STREET
NEW BEDFORD, MA 02740

(800) 441-4018
(508) 984-0755 FAX

May 31, 2005

Hon. Joseph L. Tauro
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   DaCosta vs. CPR Fishing, Inc.
      C.A. No.:   04cv12059 JLT

Dear Hon. Joseph L. Tauro:

As the Court recently dismissed the plaintiff's causes of action under the Massachusetts wrongful death statute and the general maritime law in the above-referenced matter, the only remaining cause of action is under the Death on the High Seas Act. As the parties are no longer entitled to a jury trial, the plaintiffs hereby withdraw their request for a jury trial and will prepare this case for a bench trial before your Honor.

Very truly yours,

Thomas J. Hunt

cc:   J. Renn Olenn, Esq.