UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CAROLINE DACOSTA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12059-JLT |
| | * | |
| CPR FISHING, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

September 12, 2005

TAURO, J.

After the conference on September 12, 2005, this court hereby orders that:

1. The parties shall inform Zita Lovett by October 31, 2005 as to the status of Settlement negotiations.

2. If parties are unable to settle, the trial will begin November 28, 2005 and will take 4 days to complete.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge