JRO:CLI:cli:jlb\pleading\37166deponevillelee.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLINE DACOSTA, as Personal Representative and Administratrix for the Estate of JOSE L. DACOSTA, JR.  :  :  : | |
| VS.      : | C.A. NO. 04CV12059 JLT |
| CPR FISHING, INC.   : | |

**AMENDED NOTICE OF DEPOSITION**

**DEPONENT**:    Neville S. Lee, Ph.D.

**DATE**:      September 21, 2005

**TIME**:      11:00 AM

**PLACE**:     530 Greenwich Ave., Warwick, Rhode Island

**DOCUMENTS REQUESTED**:    Any and all documents and/or records you relied upon in forming your opinion, including, but not limited to: All studies, documents, research projects, landing records, crew share records, settlement sheets, studies of economics of the fishing industry; any and all depositions, statements, and any and all other sources of information you have reviewed in forming your expert opinion regarding Jose L Dacosta, Cindy Coe and their children, Matthew Dacosta and Tyler Dacosta.

Please take notice that the above oral examination will be conducted pursuant to R.Civ.P.30, before a notary public in and for the Commonwealth of Massachusetts authorized to administer oaths. The oral examination will be recorded by stenographer and continue from day to dat until complete.

The deponent is to bring the requested documents for examination and copying.

DEFENDANT,
By Its Attorney,

*J. Renn Olenn by /s/ 3539*
J. Renn Olenn, Esq. BBO#642090
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on  9/16/05  to:

Thomas J. Hunt, Esq.
18 North Water Street
New Bedford, MA 02740

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

*Jessica Beaudry*

**\*THIS NOTICE SUPERSEDES PRIOR DEPOSITION SCHEDULED FOR SEPTEMBER 20, 2005 AT 2:00 PM\***

-2-