JRO:CLI:kap 37166  \pleading\37166memoinsupportof.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CAROLINE DACOSTA, as Personal Representative and Administratrix for the Estate of JOSE L. DACOSTA, JR. | : : : : | |
| VS. | : | C.A. NO. 04CV12059 JLT |
| CPR FISHING, INC. | : : | |
| | | |
| PEARL BEAUVAIS, as Personal Representative and Administratrix for the Estate of JOHN BEAUVAIS | : : : : | |
| VS. | : | C.A. NO. 04-12057 NG |
| CPR FISHING, INC. | : : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

In support of its motion to compel production of documents from the plaintiff, Caroline DaCosta, the defendant states that the request was filed on or about June 8, 2005 and, to date, the plaintiff, Caroline DaCosta has failed to respond or object to the defendant's request for production. Accordingly, the defendant prays this court will order the production within twenty (20) days of the court's order.

DEFENDANT,
By its Attorney,

J. Renn Olenn, Esq. #642090
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

-1-

## CERTIFICATION

I certify that I sent a true copy of the within on November 2, 2005 to:

Thomas J. Hunt, Esq.
18 North Water Street
New Bedford, MA 02740

*Kendra Pascucci*