JRO:CLI:kap 37166  \pleading\37166memoinsupportofmtcai.wpd

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLINE DACOSTA, as Personal Representative and Administratrix for the Estate of JOSE L. DACOSTA, JR. : : : : | |
| VS. : | C.A. NO. 04CV12059 JLT |
| CPR FISHING, INC. : | |
| | |
| PEARL BEAUVAIS, as Personal Representative and Administratrix for the Estate of JOHN BEAUVAIS : : : : | |
| VS. : | C.A. NO. 04-12057 NG |
| CPR FISHING, INC. : | |

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES

In support of its motion to compel answers to interrogatories, the defendant states that the plaintiff, Caroline DaCosta has failed to timely respond or object to the defendant's interrogatories. Accordingly, the defendant pray that the plaintiff be compelled to file answers to interrogatories within twenty (20) days of the date of this court's order.

DEFENDANT,
By its Attorney,

_____
J. Renn Olenn, Esq. #642090
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

-1-

## CERTIFICATION

I certify that I sent a true copy of the within on November 2, 2005 to:

Thomas J. Hunt, Esq.
18 North Water Street
New Bedford, MA 02740

*Kendra Pascucci*