UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLINE COSTA,
    Plaintiff,

V                    CA 04-12059-JLT

C.P.R. FISHING,
    Defendant.

SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on Nov.10, 2005 by counsel for the parties that the above action has been settled:  IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>60</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                              Zita Lovett
                                                /s/

                                                Deputy Clerk

November 15, 2005