JRO:CLI:kap 37166
\pleading\37166DismissalStip.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLINE DACOSTA, as Personal Representative and Administratrix for the Estate of JOSE L. DACOSTA, JR. | : |
| VS. | : C.A. NO. 04CV12059 JLT |
| CPR FISHING, INC. | : |
| | |
| PEARL BEAUVAIS, as Personal Representative and Administratrix for the Estate of JOHN BEAUVAIS | : |
| VS. | : C.A. NO. 04-12057 NG |
| CPR FISHING, INC. | : |

## DISMISSAL STIPULATION

In the matter of Caroline DaCosta, as Personal Representative and Administratrix for the Estate of Jose L. DaCosta, Jr., vs. CPR Fishing, Inc., United States District Court, Civil Action Number 04-12059 JLT, all claims are hereby dismissed, with prejudice, no interest and no costs.

_____
J. Renn Olenn, Esq. BBO#642090
**Attorney for the Defendants, CPR Fishing, Inc.**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

_____
Thomas J. Hunt, Esq. BBO#244680
**Attorney for the Plaintiff, Caroline DaCosta**
18 North Water Street
New Bedford, MA 02740
PHONE: (508) 994-7300
FAX: (508) 984-0755

DATED: 12/6/05